UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MERRI C.,

                     Plaintiff,

     v.                                        5:20-CV-752

COMMISSIONER OF SOCIAL SECURITY    (DJS)

                     Defendant.
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| LAW OFFICES OF<br>STEVEN R. DOLSON<br>Attorney for Plaintiff<br>126 N. Salina Street, Ste. 3B<br>Syracuse, New York 13202 | STEVEN R. DOLSON, ESQ. |
| U.S. SOCIAL SECURITY ADMIN.<br>OFFICE OF REG'L GEN. COUNSEL<br>Attorney for Defendant<br>J.F.K. Federal Building - Room 625<br>15 New Sudbury Street<br>Boston, Massachusetts 02203 | LISA G. SMOLLER, ESQ. |

**DANIEL J. STEWART**
**United States Magistrate Judge**

## **ORDER**

     The Complaint in this action was filed July 6, 2020.  Dkt. No. 1.  On August 27, 2021, the Court ordered the matter remanded to the Social Security Administration for further proceedings.  Dkt. Nos. 12-13.  Plaintiff has now filed a Motion for Attorney's Fees under the Equal Access to Justice Act.  Dkt. No. 14.  The Motion seeks that the fee

award be paid directly to counsel. *Id.* Plaintiff also seeks $400 in costs. Defendant does not oppose the Motion. Dkt. No. 16.

Based on the foregoing, Plaintiff is awarded fees under the Equal Access to Justice Act in the amount of $3,919.92, plus $400 in costs. It is further ordered that payment will be made directly to Plaintiff's attorney pursuant to the agreed upon assignment from Plaintiff. *See* Dkt. No. 14-4.

**IT IS SO ORDERED**.

Dated: December 6, 2021
        Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge